# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY J. SHANAHAN, JR., MOLLI M. LARSEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DENNIS P. LEE, P.C., LLO d/b/a LEE LAW OFFICE, DENNIS P. LEE, and JIMMY NEWTON,<br><br>Defendants. | Case No.: 8:18-CV-129 |

## JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND NOTICE TO CLASS

Pursuant to Fed.R.Civ.P. 23(c)(1), the parties jointly move for Certification of two Settlement Classes and pursuant to Fed.R.Civ.P. 23(e), for an Order preliminarily approving the settlement of this class action as fair and reasonable, approving the form and method for providing class-wide notice, and scheduling a hearing at which time the following will be considered: (a) request for final approval of the proposed settlement, (b) any objections filed, (c) incentive award to the named plaintiff, and (d) entry of a Final Order.

This Motion has been presented to Defendants, who join in the motion. A

Memorandum in support of this Motion and an Evidence Index with supporting documentation including an executed Settlement Agreement are filed contemporaneously with this Motion. (Exhibits 2, 3, 4, 5 &6)

The parties state as follows:

1. That for the purpose of this settlement, the Parties define the settlement classes as follows:

All persons with addresses in Nebraska to whom Defendants sent a collection letter with a Voluntary Appearance and Waiver of Summons enclosed in the form of <u>Exhibit A and B</u> to Plaintiffs' First Amended Complaint, (Filing Nos. 29-1 & 29-2) in an attempt to collect an alleged debt incurred for personal, family or household purposes.

The FDCPA class extends from March 23, 2017 through March 23, 2018.

The NCPA class extends from March 23, 2014 through March 23, 2018.

Excluded from the classes are:

a.  Any person who is already subject to an existing release;

b.  Any person who has filed for bankruptcy protection under Title 11 of the United States Code; and

c.  Any Class Member who timely mails a request for exclusion.

2. That the class representatives and class counsel also provide their Declarations in support of certification of two settlement classes and approval of

the settlement agreement in the Evidence Index.

3. That the settlement classes should be certified and that the Settlement Agreement filed in the Index contemporaneously herewith is fair and reasonable and should be approved.

4. That the NOTICE filed in the Index contemporaneously herewith (Exhibit 1B) be approved and sent to Class Members.

Dated: November 19, 2018

           Timothy J. Shanahan, Jr. and Molli M. Larsen, on behalf of themselves and all others similarly situated, Plaintiffs,

By: */s/William L. Reinbrecht*
Car & Reinbrecht, P.C., LLO
William L. Reinbrecht, #20138
Pamela A. Car, #18770
2120 S. 72nd Street, Suite 1125
Omaha, NE 68124
(402) 391-8484 phone
billr205@gmail.com

O. Randolph Bragg
HORWITZ, HORWITZ & ASSOC.
25 East Washington St., Suite 900
Chicago, IL 60602
(312) 372-8822
(312) 372-1673 (FAX)
E-mail: rand@horwitzlaw.com
ATTORNEYS FOR PLAINTIFFS
AND THE CLASS

          */s/ Randall L. Goyette*
          Randall L. Goyette
          Christopher M. Schmidt
          Baylor Evnen, LLP
          Wells Fargo Center
          1248 O Street, Suite 600
          Lincoln, NE 68508-1499
          Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

     I hereby certify that on November 19, 2018 I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following:

     Randall L. Goyette
     Christopher M. Schmidt
     Baylor Evnen, LLP
     Wells Fargo Center
     1248 O Street, Suite 600
     Lincoln, NE 68508-1499

          By: */s/William L. Reinbrecht*
              William L. Reinbrecht, #20138