IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY J. SHANAHAN, JR., MOLLI M. LARSEN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>DENNIS P. LEE, et. Al.,<br><br>        Defendants. | CASE NO. 8:18-CV-00129<br><br>**JOINT MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT** |

Plaintiff and Defendants above-named hereby submit this Joint Motion for Final Approval of Class Action Settlement pursuant to Fed. R. Civ. P. 23.

In support of this Motion, the Parties show to the Court as follows:

1. This motion is made jointly for the Final Approval of Class Action Settlement.

2. On March 23, 2018, Plaintiffs filed the above-captioned class action lawsuit, (Filing No. 1) asserting class claims against Defendants under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (FDCPA), and the Nebraska Consumer Protection Act (NCPA), Neb. Rev. Stat. § 59-1601, *et seq.*

3. The Parties subsequently entered into a class-wide settlement agreement. A copy of the Agreement was filed as Exhibit 1 in the Index of

Evidence in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement. (Filing 40-1).

4. On February 19, 2019, the Court entered an Order preliminarily approving the Class Action Settlement. (Filing No 41)

5. In accordance with the Class Action Fairness Act of 2005 ("CAFA") and pursuant to 28 U.S.C. § 1715, Defendants' counsel served notice of the proposed settlement on the United States Attorney General and the Nebraska Attorney General. (Filing No. 42) Counsel for Defendants has not received any objections from those offices. (Affidavit of Randall L. Goyette Regarding CAFA Notices - Index herewith Exhibit 2).

6. First Class (the Settlement Administrator) mailed written notice of the settlement to the class on April 5, 2019. (Affidavit of Bailey Hughes, Index herewith Exhibit 1)

7. The Class Notice (Index herewith Exhibit 1A) informed class members of their rights under the Agreement, including their rights to object to or exclude themselves from the settlement. In order to exclude himself or herself or object to the settlement, class members needed to do so by May 20, 2019. To date, no requests for exclusion or objections have been received. (Affidavit of Bailey Hughes, Index herewith Exhibit 1)

8. A chart is attached to the Index herewith as Exhibit 4 showing the number of class members in each class and the amount of distribution to each.

9. Pursuant to Fed.R.Civ.P. 23(e), the Parties now seek final certification and approval of the proposed class action settlement. Specifically, the Parties request that the Court enter the Final Order and Judgment [Proposed] included as Exhibit 3 in the Index of Evidence filed with this Motion.

10. In further support of this Motion, the parties are filing a Brief in Support of Motion for Final Approval of Class Action Settlement, and a supporting Index.

12. A separate motion for the approval of Plaintiff's attorneys' fees and costs was filed on May 15, 2019, and is pending before the Court. (Filing Nos. 43 [Motion], 44 [Brief] and 45 [Index])

WHEREFORE, the parties respectfully and jointly move this Court for final certification, final approval of the proposed class action settlement and entry of the Final Order and Judgment.

**Car & Reinbrecht, P.C., LLO**

Dated: June 4, 2019

By: */s/ Pamela A. Car*
Pamela A. Car, #18770
William L. Reinbrecht, #20138
2120 S. 72nd Street, Suite 1125
Omaha, NE 68124
1 (402) 391-8484
1 (402) 391-1103 – Fax
pacar@cox.net

3

**Horwitz, Horwitz & Associates**
O. Randolph Bragg
25 East Washington Street, Suite 900
Chicago, IL 60602
1 (312) 372-8822
1 (312) 372-1673 – Fax
rand@horwitzlaw.com

*Attorneys for Plaintiff*

s/*Christopher M. Schmidt*
Randall L. Goyette
Christopher M. Schmidt
Baylor Evnen, LLP
Wells Fargo Center
1248 O Street, Suite 600
Lincoln, NE 68508-1499
rgoyette@baylorenven.com
cschmidt@baylorenven.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2019, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following:

Randall L. Goyette
Christopher M. Schmidt

And I certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:   N/A

By:  /s/*Pamela A. Car*